**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 60 MM 2018
                                    :
           Respondent         :
                                    :
                                    :
              v.                    :
                                    :
                                    :
RICHARD JOSEPH MARSOLICK,    :
                                    :
          Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of June, 2018, the Petition for Reinstatement of Appellate Rights *Nunc Pro Tunc* is GRANTED.  Petitioner has 30 days from this order in which to submit his Petition for Allowance of Appeal.